IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONALD GREGORY<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 5:19-cv-393 -FL |

## ORDER GRANTING SUBSTITUION OF MEDIATOR

Before the Court is the parties' Joint Motion to Substitute Mediator that was filed on September 9, 2020. Having considered the Motion, and good cause having been shown, the Court finds that it should be and is hereby GRANTED. It is therefore ORDERED that Mr. Craig Philips, Esq. (201 East Washington Street, Suite 1200, Phoenix, Arizona 85004), shall serve as mediator in this matter.

IT IS SO ORDERED on this 10th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE